THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THOMAS MCKAY, Appellant.

(Submitted October 2, 1931; decided October 20, 1931.)

*William P. Thomas* for appellant.

*Charles B. McLaughlin*, District Attorney (*Sol. Boneparth* and *Herman J. Fliederblum* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.